# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| DEBRA MORUZZI, ) | |
| ) | |
| Plaintiff, ) | Case No. EDCV 09-00729 AJW |
| ) | |
| v. ) | **J U D G M E N T** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that defendant's decision is **reversed**, and this case is **remanded** to the Commissioner for further administrative proceedings consistent with the Memorandum of Decision filed concurrently herewith.

September 15, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge